**FILED**

JUL - 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-40044-03 CW |
| Plaintiff, | ORDER EXONERATING BOND |
| v. | |
| HENRY FRYSON, | |
| Defendant. | |

The Defendant Henry Fryson having surrendered to USP Atwater, CA on January 11, 2007,

IT IS ORDERED that the appearance bond is hereby exonerated.

Dated  JUL - 2 2007

CLAUDIA WILKEN
United States District Judge

cc: Financial

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

FRYSON et al,

        Defendant.
_____/

Case Number: CR04-40044 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dean Dukhyun Paik
Cohen & Paik
177 Post St., Ste 600
San Francisco, CA 94108

Karen D. Beausey
U.S. Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Tonia Fryson
9797 Bismark Place
Stockton, CA   95209

Dated: July 2, 2007

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk